**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**EDWARD LEVI FERGUSON, JR.**                                                    **PLAINTIFF**

**V.**                              No. 5:05CV00078-GH-BD

**CORRECTIONAL MEDICAL
SERVICES, INC.** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED, this 1st day of March, 2007.

*[signature: George Howard, Jr.]*
UNITED STATES DISTRICT JUDGE

1